IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Ashley Grunewald, et al.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CASE NO. 1:22-cv-00663** |
| v. ) | |
| ) | **Judge Jeffery P. Hopkins** |
| **R&L Carriers, Inc., et al.** ) | |
| ) | |
| **DEFENDANTS** ) | |

**FINAL AGREED ORDER OF DISMISSAL**

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Ashley and Gary Grunewald and Defendants R&L Carriers, Inc., R.L.R. Investments, LLC, and Greenwood Motor Lines, Inc. hereby stipulate and agree that all claims raised in the above captioned action are hereby dismissed, with prejudice. This action is dismissed without the imposition of costs against Plaintiffs or Defendants by the Court or Clerk.

IT IS SO ORDERED.

Dated: August 25, 2023

_____
Hon. Jeffery P. Hopkins
United States District Judge

**APPROVED AND STIPULATED:**

*s/ Justin D. Newman*
Justin D. Newman (0080968), *Trial Attorney*
D. David Altman (0021457)
Amy J. Leonard (0040611)
Robin A. Burgess (0096442)
*AltmanNewman Co. LPA*
15 E. 8th Street, Suite 200W
Cincinnati, Ohio 45202
(513)721-2180
jnewman@environlaw.com

*s/ Anthony C. White*
Anthony C. White
Thompson Hine LLP
41 South High Street, Suite 1700
Columbus, OH 43215
tony.white@thompsonhine.com

Andrew Kolesar
Thompson Hine LLP
312 Walnut St., Ste. 2000

daltman@environlaw.com
aleonard@environlaw.com
rburgess@environlaw.com
**Attorneys for Plaintiffs**

Cincinnati, OH 45202
andrew.kolesar@thompsonhine.com

William J. Hubbard
Thompson Hine LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114
bill.hubbard@thompsonhine.com
**Attorneys for Defendants**